```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
System Agency,                                               :
                                                             :      19-cv-6486 (JMF) (RWL)
                                    Plaintiff,               :
                                                             :
                                                             :      **TELEPHONE**
            - against -                                      :      **CONFERENCE ORDER**
                                                             :
                                                             :
Joseph Villanueva,                                           :
                                                             :
                                    Defendants.              :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A Pre-Settlement telephone conference will be held on **Monday, February 10, 2020, at 10:00 a.m.** The parties are instructed to review Judge Lehrburger's Individual Practices and Procedures for Settlement. Parties shall call the teleconference line at **(888)-398-2342 and enter pass code 9543348**.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: 1/8/2020
       New York, New York

Copies transmitted this date to all parties of record and mailed to:
Joseph Villanueva (PRO SE)
One West Street
New York, NY 10004