USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
System Agency,

                            Plaintiff(s),

       - against -

Joseph Villanueva,

                            Defendant(s).
-----------------------------------------------------------X

19-cv-6486 (JMF) (RWL)

**SETTLEMENT CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    ORDER of Hearing: Settlement Conference set for **February 24, 2020, at 1:30 p.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than **February 17, 2020, by 5:00 p.m**.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: 1/8/2020
       New York, New York

Copies transmitted this date to all parties of record and mailed to:
Joseph Villanueva (PRO SE)
One West Street
New York, NY 10004