# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYSTEM AGENCY f/k/a/ STAR SYSTEM SA, | : Civil Action No. 19-CV-6486 (JMF) |
| **Plaintiff**, | : |
| v. | : ~~PROPOSED~~ **ORDER** |
| JOSEPH VILLANUEVA a/k/a JOSEPH CELABI-VILLANUEVA and REPUBLICIST, LLC | : |
| **Defendants**. | : |

Upon the motion of Plaintiff for a default judgment order, and upon review of the declaration of counsel in support thereof, and other documents submitted to the Court, it is hereby ORDERED that Plaintiffs' Motion for Default Judgment against Defendant Republicist, LLC is GRANTED. No inquest or determination of damages shall occur until Plaintiff's claims against Defendant Joseph Villanueva are resolved.

The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

_____
JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

Dated: January __29__, 2020