UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                :

SYSTEM AGENCY,

                         Plaintiff,

                                       19-CV-6486 (JMF)

         -v-

                                       ORDER

JOSEPH VILLANUEVA, et al.,

                     Defendants.

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By Order dated January 3, 2020, the Court required that all discovery in this case be completed on or before June 3, 2020.  *See* ECF No. 21.  The Court also required that, no later than seven days after the close of discovery — that is, by June 10, 2020 — each party must file a letter indicating whether the party intends to file a motion for summary judgment. *See id.*  To date, neither party has complied with the Court's Order.  As a courtesy, the deadline to file such a letter is hereby EXTENDED, *nunc pro tunc*, to **June 22, 2020**.

      No later than June 15, 2020, Plaintiff shall serve this Order on Defendant and file proof of such service.

      SO ORDERED.

Dated: June 12, 2020
      New York, New York
                                       JESSE M. FURMAN
                                       United States District Judge