```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                   :
SYSTEM AGENCY,                                     :
                                                   :
                              Plaintiff,           :
                                                   :    19-CV-6486 (JMF)
       -v-                                         :
                                                   :         ORDER
JOSEPH VILLANUEVA,                                 :
                                                   :
                              Defendant.           :
                                                   :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As discussed on the record during today's conference:

1. The parties are hereby ORDERED to contact the Chambers of Magistrate Judge Lehrburger no later than **January 22, 2021,** to schedule another settlement conference.

2. No later than **March 1, 2021**, Plaintiff's counsel shall file a joint status letter indicating where things stand, what the prospect of settlement are, and if there is anything the Court can do to help facilitate a resolution of this case.

The Clerk of Court is directed to mail a copy of this Order to Defendant, who is proceeding without counsel.

SO ORDERED.

Dated: January 19, 2021
New York, New York
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge