UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYSTEM AGENCY,

                      Plaintiff,

      - against -

JOSEPH VILLANUEVA,

                    Defendant.
------------------------------------------------------------X

19-cv-6486 (JMF) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      A settlement conference before Judge Robert W. Lehrburger is hereby scheduled for **9:30 a.m. on February 19, 2021**. The conference will take place telephonically. The parties shall call **(888)-398-2342 and enter access code 9543348.** The parties will also need to enter a security code, which will be provided the week before the conference.

      The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than **5:00 p.m. on February 11, 2021**.

                                   SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: January 20, 2021
       New York, New York

2

Copies transmitted this date to all parties of record and mailed to:

    Joseph Villanueva
    1 West Street, #1934
    New York, NY 10004

Case 1:19-cv-06486-JMF   Document 65   Filed 01/20/21   Page 2 of 2