UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SYSTEM AGENCY, :
:
                    Plaintiff, :
: 19-CV-6486 (JMF) (RWL)
     -v- :
: ORDER
JOSEPH VILLANUEVA, :
:
                    Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By order dated July 28, 2021, the Court directed Defendant to file any motion for default judgment by August 27, 2021, and warned that if no motion for default judgment was filed by that date, the Court would construe Defendant's counterclaim to be withdrawn and would dismiss the counterclaim without further notice to any party. *See* ECF No. 79. No motion having been filed by the deadline, the counterclaim is hereby deemed withdrawn and is dismissed. The Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: September 2, 2021
       New York, New York
                                                           JESSE M. FURMAN
                                                       United States District Judge